June 14, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

TIMOTHY MORALES, Appellant

NO. 14-10-01082-CR                         V.

THE STATE OF TEXAS, Appellee

_____

This court today heard a motion for rehearing filed by appellant, TIMOTHY MORALES.  We order that the motion be overruled, and that this court's former judgment of April 24, 2012 be vacated, set aside, and annulled.  We further order this court's opinion of April 24, 2012, withdrawn.

This cause was heard on the transcript of the record of the court below.  Having considered the record, this court holds that there was no error in the judgment.  The court orders the judgment **AFFIRMED**, that the appellant pay all costs expended in this appeal, and that this decision be certified below for observance.